UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO 14-50045-KKS
Chapter: 7

IN RE:
MCQUAGGE, PATRICK LEVI
MCQUAGGE, KELLY JOANN,

     DEBTOR(S).

_____/

REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE

**TO:** Debtor(s), Creditors, and Parties in Interest

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and may grant the relief requested.

---

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to abandon the following property(ies) of the estate:

1. Property Description: 2012 Yamaha Raptor 4-Wheeler

   Lienholder(s) Name & Address:
   Yamaha Financial
   P. O. Box 5893
   Carol Stream, IL 60197

   Amount of Secured Claim: $2,940.00

   Fair Market Value: $1,500.00

2. Property Description: (2) CAN-AM X2 4Wheelers

   Lienholder(s) Name & Address:
   Sheffield Financial
   P. O. Box 580229
   Charlotte, NC 28258

   Amount of Secured Claim: $5,376.00

   Fair Market Value: $3,000.00

3. Property Description: 2013 Honda Rancher 4 Wheeler

   Lienholder(s) Name & Address:
   Honda Financial
   P. O. Box 105027
   Atlanta, GA 30348

   Amount of Secured Claim: $5,683.00

   Fair Market Value: $2,500.00


   Said property(ise) is/are being abandoned for the following reasons:

   1) The secured creditors hold a valid, perfected security interest on the property and the balance due exceeds the fair market value of the property, or

   2) The property(ies) are worthless and unsaleable, or

3) The cost of preservation and cost of sale of the property(ies) is greater than the price which could be realized from liquidation of same.

NOTICE IS HEREBY GIVEN that all objections to the proposed abandonment must state the basis for the objection and shall include a request for hearing if one is desired.  If no objections are filed, the abandonment shall be deemed to be final.

DATED: <u>May 13, 2014</u>                    /S/ Mary W. Colón
                                                      Mary W. Colón
                                                      Chapter 7 Trustee
                                                      Smith, Thompson, Shaw,
                                                             Minacci & Colón, PA
                                                      P. O. Box 14596
                                                      Tallahassee, FL 32317
                                                      Telephone No.: (850) 241-0144
                                                      Facsimile:  (850) 702-0735
                                                      [mcolon@7trustee.net](mailto:mcolon@7trustee.net)

Mary W. Colon Trustee
Mary W. Colon Esq.
P O Box 14596
Tallahassee, FL  32317

DATE RECEIVED: May 13 2014        TIME RECEIVED: 07:23AM        TOTAL SERVED: 38

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  MCQUAGGE PATRICK LEVI<br>MCQUAGGE KELLY JOANN | CASE NO: 14-50045-KKS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 5/13/2014, a copy of the following documents, described below,

REPORT AND NOTICE OF TRUSTEES INTENTION TO ABANDON PROPERTY OF THE ESTATE,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/13/2014

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon Trustee
Mary W. Colon Esq.
P O Box 14596
Tallahassee, FL  32317

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>1129-5<br>CASE 14-50045-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>PANAMA CITY<br>TUE MAY 13 10-53-09 EDT 2014 | 21ST MORTGAGE CO.<br>POB 477<br>KNOXVILLE TN 37901-0477 | AMERICAN HONDA FINANCE CORPORATION<br>CO EVANS-PETREE PC<br>1000 RIDGEWAY LOOP RD SUITE 200<br>MEMPHIS TN 38120-4036 |
| CENTRAL CREDIT UNION OF FLORIDA<br>P O BOX 17048<br>PENSACOLA FL 32522-7048 | PANHANDLE EDUCATORS FEDERAL CREDIT<br>CO JAMES E. SORENSON<br>P.O. BOX 4128<br>TALLAHASSEE FL 32315-4128 | 21ST CENTURY MORTGAGE<br>P.O. BOX 477<br>KNOXVILLE TN 37901-0477 |
| CENTRAL CREDIT UNION<br>6200 NORTH W. STREET<br>PENSACOLA FL 32505-1903 | CHEX SYSTEMS<br>7805 HUDSON RD STE 100<br>ATTN- CUSTOMER RELATIONS<br>SAINT PAUL MN 55125-1703 | DILLARDS<br>P.O. BOX 960012<br>ORLANDO FL 32896-0012 |
| DR. STEVEN GOODWILLER<br>CO EMERALD COAST COLLECTIONS<br>P.O. BOX 1250<br>PANAMA CITY FL 32402-1250 | EQUIFAX (DISPUTES)<br>P.O. BOX 740256<br>ATLANTA GA 30374-0256 | EXPERIAN<br>475 ANTON RD<br>COSTA MESA CA 92626-7037 |
| FL EM 1 MEDICAL SERVICES<br>P.O. BOX 37898<br>PHILADELPHIA PA 19101-0198 | GULF COAST MEDICAL CENTER<br>P.O. BOX 99400<br>LOUISVILLE KY 40269-0400 | CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | KNOLOGY INC<br>1241 O G SKINNER DRIVE<br>WEST POINT GA 31833-1789 | LVNV FUNDING LLC<br>P O BOX 10497<br>STE 110 MS S76<br>GREENVILLE SC 29603-0497 |
| LAKOTA CASH<br>PAYDAY FINANCIAL LLC<br>612 E. STREET<br>TIMBER LAKE SD 57656 | LOWES<br>P.O. BOX 530914<br>ATLANTA GA 30353-0914 | MEDIACOM<br>P.O. BOX 9037<br>ADDISON TX 75001-9037 |
| NATIONWIDE RECOVERY SERVICES<br>P O BOX 8005<br>CLEVELAND TN 37320-8005 | OLD NAVY<br>P.O. BOX 960017<br>ORLANDO FL 32896-0017 | PANHANDLE EDUCATORS CREDIT UNION<br>2718 HWY 77<br>PANAMA CITY FL 32405-4499 |
| PANHANDLE EDUCATORS FCU<br>2718 HIGHWAY 77<br>PANAMA CITY FL 32405-4499 | PANHANDLE EDUCATORS FEDERAL CREDIT<br>P.O. BOX 71050<br>CHARLOTTE NC 28272-1050 | SHEFFIELD FINANCIAL<br>P.O. BOX 580229<br>CHARLOTTE NC 28258-0229 |

| | | |
|---|---|---|
| TRANSUNION<br>P.O. BOX 6790<br>FULLERTON CA 92834-9416 | TYNDALL FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY SPECIALIST<br>3109 MINNESOTA AVENUE<br>LYNN HAVEN FL 32405-5026 | UNITED STATES TRUSTEE<br>110 E. PARK AVENUE<br>SUITE 128<br>TALLAHASSEE FL 32301-7728 |
| WS BADCOCK<br>DEPT 7680<br>CAROL STREAM IL 60116-0001 | W S BADCOCK<br>P O BOX 232<br>MULBERRY FL 33860-0232 | WALMART<br>P.O. BOX 530927<br>ATLANTA GA 30353-0927 |
| WALMART<br>P.O. BOX 960024<br>ORLANDO FL 32896-0024 | YAMAHA FINANCIAL<br>P.O. BOX 5893<br>CAROL STREAM IL 60197-5893 | KELLY JOANN MCQUAGGE<br>5813 WHIPPOORWILL RD<br>PANAMA CITY FL 32404-8907 |
| MARTIN S. LEWIS<br>LEWIS & JURNOVOY P.A.<br>1100 NORTH PALAFOX ST.<br>PENSACOLA FL 32501-2608 | MARY W. COLON<br>P.O. BOX 14596<br>TALLAHASSEE FL 32317-4596 | PATRICK LEVI MCQUAGGE<br>504 W. 26TH ST<br>PANAMA CITY FL 32404 |